**Order entered December 20, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-22-01301-CV

## IN RE ANN MARIE HERNANDEZ AND HECTOR HERNANDEZ, Relators

**Original Proceeding from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-06409-2022**

## ORDER
Before Justices Schenck, Reichek, and Carlyle

Relators seek mandamus relief from a temporary restraining order. However, exhibit A-5 in relators' mandamus record contains sensitive information including two social security numbers, in violation of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.9. Accordingly, we **STRIKE** relators' petition and record and **GRANT** relators leave to refile a compliant petition and record on or before **December 28, 2022**. Failure to refile the petition and appendix by this deadline may result in the dismissal of this cause without further notice.

/Amanda L. Reichek/

AMANDA L. REICHEK
JUSTICE